UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DAVID MATIAS JIMENEZ, | Case No.: 10-CV-01780-LHK |
| Plaintiffs, | ORDER DISMISSING DEFENDANT MONIQUE GUICE WITH PREJUDICE |
| v. | |
| AN ENVIRONMENTAL DETAIL, LLC, a California Limited Liability Company, MATTHEW P. D'ATTILIO, MONIQUE K. GUICE, and DOES 1 through 25, Inclusive, | |
| Defendants. | |

At the Case Management Conference held on November 10, 2010, the parties stipulated that Defendant Monique Guice be dismissed with prejudice. Accordingly, the Court orders Defendant Guice dismissed with prejudice from this action.

**IT IS SO ORDERED.**

Dated: November 10, 2010

_____
LUCY H. KOH
United States District Judge

1