1 | MARLENE S. MURACO, Bar No. 154240
mmuraco@littler.com
2 | KARIN M. COGBILL, Bar No. 244606
kcogbill@littler.com
3 | LITTLER MENDELSON
A Professional Corporation
4 | 50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
5 | Telephone:     408.998.4150

6 | Attorneys for Defendants
AN ENVIRONMENTAL DETAIL, LLC AND
7 | MATTHEW D'ATTILIO

8 | UNITED STATES DISTRICT COURT

9 | NORTHERN DISTRICT OF CALIFORNIA

10 | SAN JOSE DIVISION

11 | DAVID MATIAS JIMENEZ,                    Case No.  CV 10-01780-LHK

12 |                 Plaintiff,                **STIPULATION AND [PROPOSED]
                                              ORDER FOR DISMISSAL WITH
13 |         v.                                PREJUDICE OF ENTIRE ACTION
                                              [F.R.C.P. 41(A)(1)]**
14 | AN ENVIRONMENTAL DETAIL, LLC,
a California Limited Liability Company,
15 | MATTHEW P. D'ATTILIO, MONIQUE
K. GUICE, and DOES 1 through 25,
16 | Inclusive,

17 |                 Defendants.

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

FIRMWIDE:100427796.1 065309.1001

STIPULATION AND [PROPOSED] ORDER FOR
DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff DAVID MATIAS JIMENEZ, and Defendants AN ENVIRONMENTAL DETAIL, LLC, a California Limited Liability Company, MATTHEW P. D'ATTILIO acting through their designated counsel, that the above-captioned action shall be dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(l) with each party to bear its own attorneys' fees and costs.

Dated: March 4, 2011

*/s/ Karin M. Cogbill*
KARIN M. COGBILL
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
AN ENVIRONMENTAL DETAIL, LLC AND
MATTHEW D'ATTILIO

Dated: March 4, 2011

*/s/ B. James Fitzpatrick*
B. JAMES FITZPATRICK
FITZPATRICK, SPINI & SWANSTON
Attorneys for Plaintiff
DAVID MATIAS JIMENZ

**ORDER**

In consideration of the above stipulation and good cause appearing, IT IS HEREBY ORDERED as follows: THE ABOVE-CAPTIONED ACTION IS HEREBY DISMISSED WITH PREJUDICE IN ITS ENTIRETY.

Dated: March 4, 2011

*Lucy H. Koh*
Hon. Lucy H. Koh
UNITED STATES DISTRICT COURT JUDGE

LITTLER MENDELSON
A Professional Corporation
50 W. San Fernando, 15th Floor
San Jose, CA  95113.2303
408.998.4150

FIRMWIDE:100427796.1 065309.1001      2.      STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE